Central Bank
v.
Wright.

CENTRAL BANK *vs.* WRIGHT & KILBOURN

A certificate by a sheriff that he served a copy of declaration on the defendant will be deemed a *personal service*, unless the contrary is shown.

It is not necessary to make affidavit that the paper served is a copy of the declaration filed.

June 5.

THE defendants moved to set aside the default entered in this case for not pleading. The suit was commenced by the filing of a declaration, &c. and a copy was served by the *sheriff*, who certified, that on the —— day of ——, &c. he served a copy of the declaration on J. Wright, one of the defendants. The defendants insisted that the certificate was defective, in omitting to state that the declaration was served *personally* ; and also insisted that there should have been an affidavit filed that the paper served was a *copy* of the declaration filed.

*By the Court*, NELSON, J. In cases of the commencement of suits by the filing and service of a declaration, the declaration must be served *personally ;* and it will be intended, where the sheriff certifies that he has served a copy on a defendant, that it was served *personally*, unless the contrary is shown. It was not formerly required that, in the affidavit of service, it should be stated that the paper served was a *copy of the declaration filed ;* nor is it necessary now.

Motion denied.